UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN MATEO ELECTRICAL WORKERS HEALTH CARE TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SOLANO COMMUNICATIONS, INC., a California corporation, <br><br> Defendant. | Case No.: 10-CV-01280-LHK <br><br> ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

Plaintiffs move to continue the Case Management Conference presently set for September 29, 2010, for 60 days. Having considered Plaintiff's motion, the Court finds good cause to continue the Case Management Conference. The Court also finds that Defendant Solano, which has not appeared in this action, will not be prejudiced by the continuance.

Accordingly, the Court GRANTS Plaintiff's motion. The Case Management Conference is continued to November 24, 2010, at 2 p.m. If the parties reach a settlement, they shall file a stipulation of dismissal with the Court, and the Case Management Conference will be vacated. If the parties do not settle, Plaintiff shall file a motion for default judgment by October 29, 2010.

**IT IS SO ORDERED.**

Dated: September 23, 2010

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01280-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE