UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN, et al., <br><br> Plaintiffs, <br> v. <br><br> SOLANO COMMUNICATIONS, INC., a California corporation, <br><br> Defendant. | Case No.: 10-CV-01280-LHK <br><br> ORDER CONFIRMING CASE MANAGEMENT CONFERENCE |

On September 23, 2010, the Court continued the Case Management Conference ("CMC") from September 29, 2010, to November 24, 2010. At the time, Plaintiffs represented that settlement discussions were ongoing, but that if no settlement could be reached, Plaintiffs would file a motion for default judgment by October 29, 2010. However, Plaintiffs have not filed either a notice of voluntary dismissal or a motion for default judgment. Accordingly, the Court shall hold the CMC as scheduled, and Plaintiffs are directed to file a case management statement, as required by Civil Local Rule 16-9. If Plaintiffs seek to continue the CMC, they must file their request with the Court, setting forth the reasons why a further continuance is necessary, by Monday, November 22, 2010.

**IT IS SO ORDERED.**

Dated: November 18, 2010

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01280-LHK
ORDER CONFIRMING CASE MANAGEMENT CONFERENCE