1  RICHARD K. GROSBOLL, Bar No. 99729
   BENJAMIN K. LUNCH, State Bar No. 246015
2  SONYA M. GORDON, Bar No. 232600
   NEYHART, ANDERSON, FLYNN & GROSBOLL
3  44 Montgomery Street, Suite 2080
   San Francisco, CA  94104-6702
4  TEL:  (415) 677-9440
   FAX: (415) 677-9445
5  Email:  rgrosboll@neyhartlaw.com
            blunch@neyhartlaw.com
6           sgordon@neyhartlaw.com

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          (San Jose Division)

11

| | |
|---|---|
| 12  INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT No. 9 HEALTH & WELFARE TRUST FUND; NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT No. 9 APPRENTICESHIP & TRAINING COMMITTEE; JOHN O'ROURKE, as Trustee of the above, <br><br> Plaintiffs, <br><br> vs. <br><br> SOLANO COMMUNICATIONS, INC., a California Corporation. <br><br> Defendant. | Case No.  10-CV-1280-LHK <br><br> **MOTION TO VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** <br><br> Date:        November 24, 2010 <br> Time:       2:00 p.m. <br> Judge:      Hon.  Lucy H. Koh <br> Location:  280 South 1st Street <br>                 San Jose, CA 95113 <br> Courtroom: Courtroom 4, 5th Floor |

28

Pursuant to Local Rule 7-10(b), Plaintiffs hereby respectfully request this Court vacate the Case Management Conference it set for November 24, 2010 at 2:00 p.m. pursuant to the Order, dated September 23, 2010, [Docket Doc. #18] because Plaintiffs have concurrently filed a Stipulation for Entry of Judgment and Stipulation for Contingent Dismissal with this Miscellaneous Administrative Request.

Dated: November 18, 2010

Respectfully submitted,

NEYHART, ANDERSON, FLYNN & GROSBOLL

By: ___/s/ Sonya M. Gordon___
    Sonya M. Gordon
    Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: November 22, 2010

_____/s/ Lucy H. Koh_____
U.S. District Court Judge