RICHARD K. GROSBOLL, State Bar No. 99729
BENJAMIN K. LUNCH, State Bar No. 246015
SONYA M. GORDON, State Bar No. 232600
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email:  rgrosboll@neyhartlaw.com
           blunch@neyhartlaw.com
           sgordon@neyhartlaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT No. 9 HEALTH & WELFARE TRUST FUND; NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT No. 9 APPRENTICESHIP & TRAINING COMMITTEE; JOHN O'ROURKE, as Trustee of the above,<br><br>            Plaintiffs,<br><br>     vs.<br><br>SOLANO COMMUNICATIONS, INC., a California Corporation.<br><br>            Defendant. | Case No.  10-CV-1280-LHK<br><br>**[Proposed]** **CONTINGENT ORDER OF DISMISSAL**<br><br>Judge:        Hon. Lucy H. Koh<br>Location:    280 South 1st Street<br>                    San Jose, CA 95113<br>Courtroom: Courtroom 4, 5th Floor |

1  [~~PROPOSED~~] ORDER:

2      The parties hereto, having advised the Court that they have agreed to a settlement of this
3  action; IT IS HEREBY ORDERED that this action is dismissed without prejudice, provided,
4  however, that if any party hereto shall certify to this Court, with proof of service of copy thereon
5  on the Defendant or its counsel that the agreed consideration for the settlement has not been
6  delivered over, the foregoing Order shall vacated by this Court and this action shall forthwith be
7  restored to the calendar.  Plaintiffs may then insert the appropriate amount owed and file the
8  Stipulation for Entry of Judgment referred to in the above Stipulation.  Judgment will then be
9  entered forthwith.

11  IT IS SO ORDERED.

12  Dated: November 22, 2010    _____
13                                     U.S. District Court Judge

*/s/ Lucy H. Koh*